## Commonwealth *v.* Wilson, Appellant.

Before MIRARCHI, JR., J., without a jury.

Submitted September 12, 1975. *Michael Hanford* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appel-

lant; *Martin L. Trichon, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.